| IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NORTH CAROLINA<br>SOUTHERN DIVISION<br>CASE NO. 7:17-cv-44 | |
|---|---|
| MELISSA GORE,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., XYZ<br>CORPORATION, INC., and,<br>JOHN DOE,<br>　　　　　　　　Defendants. | **DEFENDANT'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**<br><br>(Pursuant to LR 56.1) |

## APPENDIX

NOW COMES the Defendant, Wal-Mart Stores, Inc., pursuant to Local Rule 56.1(a), and in support of its Motion for Summary Judgment, and submits this appendix to its Statement of Facts:

1.　　　Ex. B to Memo for Summary Judgment – Excerpts from Plaintiff's Deposition.

This the 1st day of December, 2017.

　　　　　　　　　　　　　**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

　　　　　　　By:　　/s/Michael W. Washburn
　　　　　　　　　　Michael W. Washburn
　　　　　　　　　　NC State Bar No. 20202
　　　　　　　　　　Jonathan W. Martin
　　　　　　　　　　NC State Bar No. 49381
　　　　　　　　　　P.O. Box 1729
　　　　　　　　　　Raleigh, NC  27602
　　　　　　　　　　Email:  mwashburn@bcvtlaw.com
　　　　　　　　　　　　　　jmartin@bcvtlaw.com
　　　　　　　　　　*Attorneys for Defendant Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document, was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Tracie Brisson, counsel for Plaintiff.

Dated this 1st Day of December, 2017.

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

By:    /s/Michael W. Washburn
        Michael W. Washburn
        NC State Bar No. 20202
        Jonathan W. Martin
        NC State Bar No. 49381
        P.O. Box 1729
        Raleigh, NC  27602
        Telephone: (919) 835-0909
        Facsimile: (919) 835-0915
        Email:  mwashburn@bcvtlaw.com
                jmartin@bcvtlaw.com
        *Attorneys for Defendants Wal-Mart Stores, Inc.*