IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:17-cv-44

MELISSA GORE,

Plaintiff,

vs.

WAL-MART STORES, INC. and XYZ
CORPORATION, INC. and JOHN DOE,

Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION
OF TIME**

NOW COMES the Plaintiff and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 6.1 of the Local Civil Rules of Practice and Procedure for the Eastern District of North Carolina hereby respectfully requests an extension of time to file a response to Defendant's Motion for Summary Judgment. Counsel for Defendant has consented to the extension requested by this motion.

In support of said Motion, Plaintiff shows that Plaintiff's deadline for responding to Defendant's Motion for Summary Judgment has not expired, and due to unexpected and sudden family medical issues of Plaintiff's counsel, Plaintiff is in need of additional time up to and including January 10, 2018, to file a response to Defendant's Motion.

WHEREFORE, for the foregoing reasons, Plaintiff, with the consent of defendant, respectfully requests an extension of time to file a response to the Defendant's Motion for Summary Judgment until January 10, 2018.

Respectfully submitted this 21st day of December, 2017.

/s/ Tracie Brisson
Tracie Brisson
N.C. Bar No. 25558
WRIGHT WORLEY POPE EKSTER & MOSS, PLLC
52 Physicians Drive
Supply, North Carolina 28462
Telephone: 910-754-2816
Facsimile: 910-754-2818

Email: traciebrisson@wwpemlaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Motion for Extension of Time was electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following:

Michael W. Washburn
BROWN, CRUMP, VANORE & TIERNEY, LLP
P.O. Box 1729
Raleigh, NC 27602

This the 21st day of December, 2017.

/s/ Tracie Brisson
Tracie Brisson (N.C. Bar No.  25558)
WRIGHT WORLEY POPE EKSTER & MOSS, PLLC
52 Physicians Drive
Supply, North Carolina  28462
Telephone: 910-754-2816
Facsimile: 910-754-2818
Email: traciebrisson@wwpemlaw.com
*Attorneys for Plaintiff*