IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:17-cv-44

MELISSA GORE,

               Plaintiff,

vs.

WAL-MART STORES, INC. and XYZ
CORPORATION, INC. and JOHN DOE,
               Defendants.

**ORDER**

The Court has before it the Plaintiff's Motion to Extend Time to File a Response to the Defendant's Motion for Summary Judgment. Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Plaintiff shall have until January 10, 2018, to file her response to  Defendant's Motion for Summary Judgment.

This _____ day of December, 2017.

_____
Presiding Judge