IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:17-cv-44

MELISSA GORE,

    Plaintiff,


  vs.

WAL-MART STORES, INC. and XYZ
CORPORATION, INC. and JOHN DOE,
    Defendants.

**PLAINTIFF'S APPENDIX TO LOCAL COVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

NOW COMES the Plaintiff and pursuant to Local Rule 56.1(a)(5), in opposition of Defendant's Motion for Summary Judgment, and submits this appendix to its Statement of Material Facts:

1. Ex. A-Excerpts from Plaintiff's Deposition
2. Ex. B-Defendant's Supplemental Response to Plaintiff's Interrogatory No. 8

Respectfully submitted this 10th day of January, 2018.

      /s/ Tracie Brisson
      Tracie Brisson
      N.C. Bar No. 25558
      WRIGHT WORLEY POPE EKSTER & MOSS, PLLC
      52 Physicians Drive
      Supply, North Carolina 28462
      Telephone: 910-754-2816
      Facsimile: 910-754-2818
      Email: traciebrisson@wwpemlaw.com
      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Plaintiff's Appendix to Statement of Material Facts** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following:

Michael W. Washburn
BROWN, CRUMP, VANORE & TIERNEY, LLP
P.O. Box 1729
Raleigh, NC 27602
mwashburn@bcvtlaw.com

Jonathan W. Martin
BROWN, CRUMP, VANORE & TIERNEY, LLP
P.O. Box 1729
Raleigh, NC 27602
jmartin@bcvtlaw.com

This the 10th day of January, 2018.

/s/ Tracie Brisson
Tracie Brisson (N.C. Bar No. 25558)
WRIGHT WORLEY POPE EKSTER & MOSS, PLLC
52 Physicians Drive
Supply, North Carolina 28462
Telephone: 910-754-2816
Facsimile: 910-754-2818
Email: traciebrisson@wwpemlaw.com
*Attorneys for Plaintiff*