IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.  7:17-cv-44

MELISSA GORE,                                    )
                        Plaintiff,      )
                                     )
                   v.                      )       **MEMORANDUM IN SUPPORT OF**
                                     )       **JOINT MOTION TO REMAND**
                                     )
WAL-MART STORES, INC. and XYZ          )
CORPORATION, INC. and JOHN DOE,        )
                         Defendants     )

NOW COME the Plaintiff, Melissa Gore, and Defendants, Wal-Mart Stores, Inc., XYZ Corporation, Inc., and John Doe, by and through their undersigned counsels, and jointly submit this Memorandum in support of their Motion for Remand pursuant to E.D.N.C., LR 7.2.

A Civil Action was filed in the Superior Court of Columbus County, North Carolina on or about February 27, 2017.  In the Civil Action, the Plaintiff contends she suffered personal injuries, along with other damages, as a result of the alleged negligence of Defendants on their premises at Wal-Mart Store #1268 at 200 Columbus Corners Drive, Whiteville, NC, 28472.  The claims against the Defendants are based solely on State Law.  The Plaintiff is a citizen of North Carolina, as alleged in her Complaint.  The Defendants are all citizens of states other than North Carolina.

On February 27, 2017, the Defendants filed a Notice of Removal with this court, alleging that complete diversity exists and that amount in controversy exceeded $75,000.00.  Following the Removal of this action to this Court, the counsels for the parties have consented to a Remand Order to send this matter back to the Superior Court of Columbus County, North Carolina.

Given the parties' consent to Remand, this case should be remanded to the Superior Court of Columbus County, North Carolina.

WHEREFORE, the Plaintiff and Defendants respectfully request that the court allow this Motion and Remand this case to Superior Court of Columbus County, North Carolina.

This the 5th day of February, 2019.

**WRIGHT, WORLEY, MOSS & EKSTER, PLLC**

/s/ Tracie Brisson_____
N.C. State Bar No.: 25558
52 Physicians Drive
Supply, NC 28462
Telephone: 910-754-2816
Email: traciebrisson@wwpemlaw.com
*Attorney for Plaintiff*

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

/s/ Michael W. Washburn_____
MICHAEL W. WASHBURN
N.C. State Bar No.: 15818
Post Office Box 1729
Raleigh, North Carolina 27602-1729
Telephone: 919-835-0909
Email: mwashburn@bcvtlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing MEMORANDUM IN SUPPORT OF THE JOINT MOTION FOR REMAND was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following, and courtesy copy sent to the below listed parties through electronic mail:

Tracie Brisson
WRIGHT, WORLEY, MOSS & EKSTER, PLLC
52 Physicians Drive
Supply, NC 28462
Email: traciebrisson@wwpemlaw.com
*Attorney for Plaintiff*

Michael W. Washburn
Jonathan W. Martin
Brown, Crump, Vanore & Tierney, LLP
P.O. Box 1729
Raleigh, NC  27602
Email: mwashburn@bcvtlaw.com
        jmartin@bcvtlaw.com
*Attorneys for Defendant*

This the 5th day of February, 2019.

**BROWN, CRUMP, VANORE & TIERNEY, L.L.P.**

/s/ Michael W. Washburn
MICHAEL W. WASHBURN
N.C. State Bar No.: 15818
Post Office Box 1729
Raleigh, North Carolina 27602-1729
Telephone: 919-835-0909
Email: mwashburn@bcvtlaw.com
*Attorney for Defendants*