IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CV-44-FL

| | | |
|---|---|---|
| MELISSA GORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WAL-MART STORES, INC.; XYZ | ) | |
| CORPORATION, INC.; and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to remand this matter to the General Court of Justice, Superior Court Division, Columbus County, North Carolina. (DE 27). The issue has been briefed and is ripe for disposition. On February 27, 2017, this action was removed to this court. The parties have now filed a joint motion for remand. Accordingly, the parties' joint motion for remand (DE 27) is GRANTED.

This matter is hereby REMANDED to the General Court of Justice, Superior Court Division, Columbus County, North Carolina. The clerk is DIRECTED to mail a certified copy of this order of remand to the Clerk of Superior Court of Columbus County, North Carolina. The clerk is FURTHER DIRECTED to close this case.

SO ORDERED, this the 5th day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge