UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA GORE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:17-CV-44-FL |
| WAL-MART STORES, INC., XYZ | ) | |
| CORPORATION, INC., and JOHN DOE | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the parties joint motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 6, 2019, more particularly described therein, that this case is remanded to the General Court of Justice, Superior Court Division, Columbus County, North Carolina.

**This Judgment Filed and Entered on February 6, 2019, and Copies To:**
Tracie H. Brinson (Via CM/ECF Electronic Notification)
Michael W. Washburn (Via CM/ECF Electronic Notification)
The Clerk of Court of Columbus County (via US mail - Columbus County Courthouse, P O Box 1587, Whiteville, NC 28472.)

February 6, 2019        PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk